UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVIS KIEFF** | * | **CIVIL ACTION NO.: 2:22-cv-01111** |
| **VERSUS** | * | **SECTION: E (5)** |
| **AEGIS SECURITY INSURANCE COMPANY** | * | **JUDGE: SUSIE MORGAN** |
| | * | **MAGISTRATE: MICHAEL NORTH** |

## MOTION TO DISMISS

**IT IS ORDERED** that the motion is **GRANTED**. The above numbered and titled action is dismissed with prejudice, each party to bear its own cost.

**New Orleans, Louisiana, this 26th day of September, 2022.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**